# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DEMETRIOUS J. ERVIN, )
)
    Plaintiff, )
)
v. )   Case No. CV406-146
)
AL ST. LAWRENCE, COURT HOUSE )
STAFF, and JAIL STAFF, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

In an order dated June 27, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by July 26, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 21st day of August, 2006.

                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA