

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DEMETRIOUS J. ERVIN,          )
                              )
    Plaintiff,                )
                              )
v.                            )   Case No. CV406-146
                              )
AL ST. LAWRENCE, COURT HOUSE  )
STAFF, and JAIL STAFF,        )
                              )
    Defendants.               )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11th day of SEPTEMBER, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA